IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

METAL SALES MANUFACTURING CORPORATION,

    Plaintiff,

VS.                                                   NO. 05-2123-Ma/V

WERNE & ASSOCIATES,

    Defendant.

## ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

Before the court is the plaintiff's unopposed motion, filed May 25, 2005, to extend time to respond to defendant's motion to dismiss in this matter.

For good cause shown, the motion is granted. The plaintiff shall have until July 1, 2005 within which to respond to defendant's motion to dismiss.

IT IS SO ORDERED this 26th day of May, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-27-05

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 21 in case 2:05-CV-02123 was distributed by fax, mail, or direct printing on May 27, 2005 to the parties listed.

---

Dorsey R Carson
MOCKBEE HALL & DRAKE PA
Larmar Life Building
10th Floor
317 East Capitol St
Jackson, MS 39201

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Honorable Samuel Mays
US DISTRICT COURT