IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 18 AM 11:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

METAL SALES MANUFACTURING CORP.,

    Plaintiff,

VS.

    NO. 05-2123-MaV

WERNE & ASSOCIATES,

    Defendant.

---

ORDER GRANTING MOTION FOR ADDITIONAL TIME TO RESPOND

---

Before the court is the plaintiff's June 30, 2005, unopposed motion requesting an extension of time within which to file a response to the defendant's motion to dismiss. For good cause shown, the motion is granted. The plaintiff shall have additional time to and including August 1, 2005, within which to file a response to the motion to dismiss for lack of personal and subject matter jurisdiction.

It is so ORDERED this 15th day of July, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-19-05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 2:05-CV-02123 was distributed by fax, mail, or direct printing on July 19, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Dorsey R Carson
MOCKBEE HALL & DRAKE PA
Larmar Life Building
10th Floor
317 East Capitol St
Jackson, MS 39201

Honorable Samuel Mays
US DISTRICT COURT