FILED BY ___ D.C.

05 SEP 16 PM 2: 26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

METAL SALES MANUFACTURING
CORPORATION,

    Plaintiffs,

v.                                                                                    Civil Action No. 05-2123-Ma V

WERNE & ASSOCIATES,

    Defendants.

---

## ORDER GRANTING JOINT MOTION TO MODIFY SCHEDULE

---

Upon joint motion of the parties for an order modifying the deadlines agreed upon at the prior status conference, the Court finds that good cause exists for entry of the order. It is therefore Ordered, Adjudged, and Decreed that the parties shall conduct settlement negotiations prior to October 6, 2005, and that Plaintiff shall file its response to the motion to dismiss or transfer by October 7, 2005, and that the parties shall appear for a status conference on _Monday_, ~~2005.~~ _October 31, 2005, at 9:30 a.m._

So Ordered.

_Duane K. Uoono_
_September 15, 2005_

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _9-16-05_

31

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CV-02123 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

John S. Wilson
WYATT TARRANT & COMBS
1715 Aaron Brenner Dr.
Ste. 800
Memphis, TN 38120--436

Dorsey R. Carson
KREBS FARLEY & PELLETERI, LLC- Jackson
One Jackson Place
188 E. Capitol St.
Ste. 900
Jackson, MS 39201

Elizabeth B. Stengel
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT